10669

THOMPSON *ET AL.* v. GREENVILLE TRACTION CO.

(107 S. E. 911)

CARRIERS—ALIGHTING STREET CAR PASSENGER, WHO STEPPED ON BANANA PEEL IN STREET, CANNOT RECOVER.—A public street in a city, at a point where a street car stops for passengers to alight, is not to be regarded as a passenger station, in determining the duty of a street railway company towards its passengers, and a passenger, who stepped on a banana peel and fell, cannot recover.

Before PRINCE, J., Greenville, ———, 1921. Affirmed.

Action by Mrs. Margaret Thompson and A. R. Thompson against Greenville Traction Co. From order of nonsuit plaintiffs appeal.

*Messrs. Martin & Henry,* for appellant, cite: *Defendant violated city ordinance which was· negligence per se*: 105 S. C. 129; 100 S. C. 114; 83 S. C. 354; 84 S. C. 536. *Non-suit improper where there is any evidence tending to prove cause of action*: 42 S. C. 466; 98 S. C. 129; 86 S. C. 231; 74 S. C. 89; 73 S. C. 522; 91 S. C. 541; 72 S. C. 256; 73 S. C. 430. *Defendant had adopted street at this point for its station and is liable for its condition when used as such*: 4 R. C. L. 1229; 48 L. R. A. (N. S.) 976; 132 N. W. 598 (Wis.;) 210 Mass. 66, 87 N. E. 192. *Defendant liable for having banana peel on station platform*: 161 Ill. Ap. 296; 140 S. W. 483; 208 Mass. 273, 94 N. E. 386. *Plaintiff a passenger and due the highest degree of care*: 105 S. C. 485-6; 4 R. C. L. 1088; 36 L. R. A. (N. S.) 213; 64 So. 343 (Ala.); 83 S. W. 1001 (Mo.); 10· C. J. 625; 77 S. C. 435; 55 S. C. 393; 71 S. C. 543; 74 S. C. 332. *Presumption of negligence arises from injury to passenger*: 77 S. C. 436; 88 S. C. 97; 100 S. C. 40.

*Messrs. Haynesworth & Haynesworth,* for respondent, cite: *No presumption of negligence unless testimony shows injury to passenger was caused by some agency or*

*instrumentality of carrier*:   77 S. C 434; 83 S. C. 53; 85
S. C. 216; 78 S. C. 552; 84 S. C. 19; 88 S. C. 19; 5 A. & E.
Enc. L. 624.   *Notice of impending danger must be brought
home to carrier to make it liable for injury from outside
causes*:   74 S. C. 332; 47 L. R. A. 120.   *Public street is
not passenger station for which carrier is liable*:   78 N. E.
854 (Mass.); 10 C. J. 913; 116 N. W. 373; 51 L. R. A.
885; 71 N. E. 780, 104 Am. St. Rep. 580; 38 Atl. 110
(Me.).   *Defendant not responsible for banana peel on plat-
form*: 60 N. E. 486 (Mass.); 65 N. Y. Supp. 271; 97 N.
E. 624 (Mass.); 39 L. R. A. (N. S.) 419; 79 N. E. 1094;
103 N. Y. Supp. 721; 127 N. E. 66 (Ill.,) 10 A. L. R. 254;
Note 10 A. L. R. 259 to 271.   *As to acts, instrumentalities
and places not within exclusive control of carrier it owes
passenger only ordinary care*:   269 Fed. 231; 154 S. W.
16 (Ky.;) Ann. Cas. 1915B, 267; 106 N. Y. 678, 13 N. E.
455; 50 So. 62 (Ala.,) 135 Am. St. Rep. 153, 18 Ann. Cas.
772; 96 N. Y. Supp. 903; 168 Pac. 337 (Utah;) 18 N. E.
859 (N. Y.,) 2 L. R. A. 252; 82 Atl. 246 (Pa.;) Ann. Cas.
1913 B, 811; 184 Fed. 302, 106 C. C. A. 445, 33 L. R. A.
(N. S.) 532; 202 S. W. 632, 3 A. L. R. 637; 110 N. E.
962 (Mass.) Ann. Cas. 1918C, 371; 127 N. E. 66, 10 A.
L. R. 254; 74 S. C. 332, 339; 84 S. C. 15, 19.

June 30, 1921.

The opinion of the Court was delivered by MR. JUSTICE
COTHRAN.

The plaintiff, Mrs. Thompson, a passenger upon the de-
fendant's street car, slipped upon a banana peel and fell,
sustaining personal injury, as she was alighting from the
car at the Southern Railway Station in the city of Green-
ville, the terminus of the line.   The Circuit Judge ordered
a non-suit upon the ground that there was no evidence tend-
ing to show negligence on the part of the defendant.   His
ruling is sustained upon the grounds stated by him.   A

public street in a city is not to be regarded as a passenger station, for the safety of which a street railway company may be responsible, when used by passengers as a place to alight.

The judgment of this Court is that the judgment of the Circuit Court be affirmed.